UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| KEITH ERIC AYALA, § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action No. 1:16-cv-00272 |
| § | |
| LORIE DAVIS, § | |
| Respondent. § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (hereafter "R&R") (Docket No. 16). The R&R recommends dismissing Keith Eric Ayala's "Petitioner for a Writ of Habeas Corpus by a Person in State Custody" (Docket No. 1). No Objections have been filed. After a de novo review of the file, the R&R is **ADOPTED**.

It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Ayala's "Petitioner for a Writ of Habeas Corpus by a Person in State Custody" (Docket No. 1) is **DISMISSED** with prejudice pursuant to Rule 4 of the Rules Governing § 2254 Proceedings for the United States District Courts. A certificate of appealability shall not issue.

The Clerk is **ORDERED** to close this case.

Signed on this __28th__ day of __July__, 2017.

_____
Rolando Olvera
United States District Judge